UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALFRED K. CABRAL,                                :

        Plaintiff,                                     :

      -against-                                      :

COMMISSIONER OF SOCIAL SECURITY,   :

        Defendant.                                   :
------------------------------------------------------------X

**ORDER**

19-CV-6856 (PGG)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The administrative record pertinent to this case was filed on October 30, 2019. The time for the defendant to file a motion for judgment on the pleadings was 60 days after the administrative record was filed. <u>See</u> Docket Entry No. 7. The docket sheet maintained by the Clerk of Court does not reflect that the defendant filed a motion for judgment on the pleadings. Therefore, on or before April 20, 2020, the defendant shall advise the Court, in writing, of the status of this action. The defendant is directed to serve a copy of this order on the plaintiff and file proof of service with the Clerk of Court.

Dated: New York, New York
      APRIL 15, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE