**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALFRED K. CABRAL,

                          Plaintiff,                            19 **CIVIL** 6856 (PGG) (KNF)

                        -against-                              **JUDGMENT**

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                          Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated July 27, 2020, Judge Fox's R&R is adopted in its entirety; Defendant's motion for remand for further development of the administrative record is granted; the case is remanded to the Commissioner for further proceedings; accordingly, this case is closed.

**Dated:** New York, New York
           July 28, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                            **Clerk of Court**
                                               **BY:**
                                                           _____
                                                           **Deputy Clerk**